# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1091**                **September Term, 2024**

FERC-ER24-2995-000
FERC-ER24-2995-001

**Filed On: March 18, 2025** [2106313]

Affirmed Energy, LLC,

        Petitioner

     v.

Federal Energy Regulatory Commission,

        Respondent

## O R D E R

Upon consideration of respondent's unopposed motion to extend time to respond to motion for stay pending review, it is

**ORDERED** that the motion for extension of time be granted. Respondent's response to the motion for stay pending review is now due on March 31, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
James A. Kaiser
Deputy Clerk