# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1091**                                           **September Term, 2025**

**FERC-ER24-2995-000**
**FERC-ER24-2995-001**

**Filed On: September 25, 2025** [2136998]

Affirmed Energy, LLC,

          Petitioner

    v.

Federal Energy Regulatory Commission,

          Respondent

-------------------------------

Monitoring Analytics, LLC and PJM
Interconnection, LLC,
          Intervenors

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 6, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 15 Minutes |
| Respondent | - | 15 Minutes (to be divided with intervenors as the parties deem appropriate) |

The panel considering this case will consist of Circuit Judges Henderson and Pan, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 29, 2025.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)